IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00663-LTB

FREDERICK L. ALLMAN,

    Plaintiff,

v.

UNITED STATES DOJ TRUSTEE PROGRAM,
CLIFFORD J. WHITE III, Executive Director,
STEPHEN P. ARNOT, USTO,
JENNIFER WICKENS, Colorado Attorney,
MEGAN RING, Colorado Attorney,
DOUGLAS WILSON, Colorado Attorney,
ELIZABETH L. PERRIS, Former U.S. Bankruptcy Court Judge,
PAMELA J. GRIFFITH, Former U.S. Trustee,
M. VIVIENNE POPPERL, Former Attorney, U.S. Trustee District of Oregon,
PETER C. MCKITTRICK, Former Bankruptcy Trustee,
KENNETH S. EILER Bankruptcy Trustee,
CYNTHIA MORRIS, Bankruptcy Paralegal,
MONTOGMERY W. COBB, Bankruptcy Professional,
ERIC M. BOSSE, Bankruptcy Professional,
TRACEY S. BARON, USTO Professional Agent,
MICHELLE A. BARON, USTO Professional Agent, and
KIMBERLY ARDEN, US Bankruptcy Court Case,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 23, 2020, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, July 23, 2020.

                                              FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/E. Van Alphen,
Deputy Clerk